IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY DWIGHT HORTON,<br>    PLAINTIFF,<br><br>V.<br><br>FBI, ET AL.,<br>    DEFENDANTS. | §<br>§<br>§<br>§  CIVIL CASE NO. 3:23-CV-2138-N-BK<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The District Court reviewed the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 15th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE